No. 11-449. Hamidrezaz Khazaeli, Petitioner v. Peter J. Johnson, et al.

565 U.S. 1111, 132 S. Ct. 1005, 181 L. Ed. 2d 735, 2012 U.S. LEXIS 375, 

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-452. Lawrence T. Newman, et ux., Petitioners v. Guardianship of Al Katz.

565 U.S. 1111, 132 S. Ct. 1006, 181 L. Ed. 2d 735, 2012 U.S. LEXIS 276.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 64 So. 3d 1261.

No. 11-454. Michael S. Polsky, as Receiver for Communications Products Corporation, Petitioner v. Daniel E. Virnich, et al.

565 U.S. 1111, 132 S. Ct. 1006, 181 L. Ed. 2d 735, 2012 U.S. LEXIS 231.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

Same case below, 332 Wis. 2d 1, 800 N.W.2d 742.

No. 11-456. Rebekah Villafana, Petitioner v. Earl Smith.

565 U.S. 1111, 132 S. Ct. 1006, 181 L. Ed. 2d 735, 2012 U.S. LEXIS 119.

January 9, 2012. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

No. 11-466. David A. Garmon, Sr. and Kenneth E. Garmon, Sr., Petitioners v. Donsero Reynolds.

565 U.S. 1112, 132 S. Ct. 1007, 181 L. Ed. 2d 735, 2012 U.S. LEXIS 292.

January 9, 2012. Petition for writ of certiorari to the Court of Appeals of Indiana, Third District, denied.

Same case below, 924 N.E.2d 682.

No. 11-470. William Harden, Petitioner v. Wicomico County, Maryland, et al.

565 U.S. 1112, 132 S. Ct. 1009, 181 L. Ed. 2d 735, 2012 U.S. LEXIS 158.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 436 Fed. Appx. 143.

No. 11-473. Robert C. Dupree, Petitioner v. General Mills Operations, Inc., et al.

565 U.S. 1112, 132 S. Ct. 1010, 181 L. Ed. 2d 735, 2012 U.S. LEXIS 161, 

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 11-474. Edward N. Fadeley, Petitioner v. Citibank of South Dakota, NA.

565 U.S. 1112, 132 S. Ct. 1010, 181 L. Ed. 2d 735, 2012 U.S. LEXIS 304.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of Oregon denied.